## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONY JAZAYERI,** | |
| *Plaintiff* | **Case No. 2:19-cv-06003-JDW** |
| v. | |
| **AVAYA, INC., et al.,** | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 28th day of May, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 34), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 56(a), **JUDGMENT** is **ENTERED** in favor of Defendants, Avaya, Inc., Steve Deno, and Nikhil Deshpande and against Plaintiff Tony Jazayeri.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge